**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00789-PAB-KLM

WARDCRAFT HOMES, INC. a Kansas corporation,

     Plaintiff,

v.

EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,

     Defendant.

---

**FINAL JUDGMENT**

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the Order [Docket No. 37] of United States District Judge Philip A. Brimmer entered on September 29, 2014, it is

     **ORDERED** that Defendant's Motion for Summary Judgment [Docket No. 24] is **GRANTED**.  It is further

     **ORDERED** that judgment is hereby entered in favor of defendant Employers Mutual Casualty Company and against plaintiff Wardcraft Homes, Inc.  It is further

     **ORDERED** that defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

     **ORDERED** that this case is **CLOSED.**

Dated at Denver, Colorado this 30th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Jennifer Hawkins
_____

Jennifer Hawkins
Deputy Clerk